IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                                    PLAINTIFF

v.                                     No. 2:16-cv-110-DPM

YANG, Dentist; WARNER, Warden,
EARU, ADC; DRUMMOND, Nurse
Practitioner; SIMMONS, Nurse Practitioner;
and YARBRO, LPN                                                                           DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 18, and overrules Nichols's objections, № 20. FED. R. CIV. P. 72(b)(3). Nichols hasn't cleared the imminent-danger bar. 28 U.S.C. § 1915(g). His complaint, supplement, and amended complaint will therefore be dismissed without prejudice for failure to pay the filing fee. LOCAL RULE 5.5(c)(2). Nichols's pending motions, № 9, 11, 21, 22 & 28, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 November 2016