# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                    PLAINTIFF

v.                                       No. 2:16-cv-110-DPM

YANG, Dentist; WARNER, Warden,
EARU, ADC; DRUMMOND, Nurse
Practitioner; SIMMONS, Nurse Practitioner;
and YARBRO, LPN                                                      DEFENDANTS

## JUDGMENT

Nichols's complaint, supplement, and amended complaint are
dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 November 2016